The Honorable Rebecca Beach Smith
Chief Judge of the United States District Court
600 Granby Street
Norfolk, VA  23510

DeBora V. London
12507 Tobias Court
Clinton, MD 20735

October 11, 2016

Dear Chief Judge Rebecca Beach Smith,

My name is DeBora London, I am a U.S. Government employee of 17 years and I currently work for the Department of State in Washington, DC as a Budget Analyst.  I am writing this letter on behalf of Deric Twitty.  I am aware of the charges against Deric; however, I am profound to assist in helping him through this terrible situation he's in, with hopes that this character witness letter helps.  Deric is also aware of the charges against him and he has stated his sincere apologies and certainly understands and accepts responsibility for his actions.

Deric is a very well educated young man and although I have only known Deric for a short time (approximately 2 years), he has always been very polite and respectful.  My daughter (Ariel London) introduced Deric to me shortly after they began dating.  He was overjoyed to find out that they were having a baby and he was there every step of the way; from late night to early morning sickness with Ariel, to very actively participating in the baby shower and all the way through the birth of his son! They have a beautiful baby boy together, whom he loves immensely, without a doubt!  Unfortunately, Deric was taken away from his son at only 3 months old and the difficult task of raising, nurturing and providing for his son is now all on my Ariel.  I am certain that if he had all this to do over again, he would never do anything to hurt his loving family (Ariel and Kashden-his son).  Deric would frequently visit his mom in Portsmouth at least weekly to help her out and/or to just go by and check on her to ensure everything was ok with her.  Deric is always very loving and heartfelt around family, so it breaks my heart knowing that he hasn't been able to hold and kiss his son in over 6 months and I'm sure that words can't be described how his own mother feels.  He is like a son to me.  Deric has been such a devoted father and a great provider.  He worked very hard at his car dealership and was always willing to help both his family as well as Ariel's family whenever he could in any situation.  He opened up his home in 2015 and invited us all there for Christmas with open arms.  What a joyous and loving time we all had.

Deric's incarceration has affected and will continue to affect his entire family; both physically and emotionally as we all carry the heavy burden of his absence from his son's life.  No child should grow up without his father.  Given the opportunity, and a fresh start, I'm sure Deric would be a great father to his son and a loving husband to Ariel.  I know that he misses and

loves them both dearly and would be willing to attend any type of training/rehab to reduce his time away from his family. I truly believe Deric would would never put himself or his family in this situation again, as he understands the affect this has caused and the idea of him being without Ariel and his son (and most importantly his son without his father) is earthshattering! He can be a model citizen given the opportunity and would not jeopardize being without his family ever again.

Your leniency in this case would be greatly appreciated.

Respectfully,

*DeBora V London*

DeBora V. London
757-675-9285 (cell)
202-453-9331 (office)