October 10, 2016

Honorable Chief Judge

Rebecca Beach Smith

United States Courthouse

600 Granby Street, Norfolk, VA 23510

RE: Deric Jevon Twitty

My name is Celestine Ward Twitty and I am the mother of Deric Jevon Twitty. I am a retired elementary teacher of 32 years from the Portsmouth Public School System. I have been widowed since the passing of Deric's father, Melvin Twitty in 2009. He was the Assistant Director of the Portsmouth Department of Social Services. Deric Twitty is my only son.

Even though he has a family of his own now, he was never too busy to take care of those things that I needed him to do. He has always been respectful to me and other adults that know him well. Even though he worked very hard on a daily basis, he was never too busy to lend a helping hand to family and friends.

I understand the unfortunate trouble that Deric has gotten himself in was due to thoughtless decisions he made. His goal in life had always been to make something of his life, become an entrepreneur and to provide for his family. He has not to my knowledge physically injured or harmed anyone. Deric is a good man, eager to learn, ambitious, and hardworking.

Deric certainly understands that he has done wrong and expresses remorse for his actions. I know that has learned from this experience and wants to move forward with his life in a productive manner.

At this point in his life any extended prison term would place a tremendous hardship upon his mate who would have the sole responsibility of raising their young son, taking care of monthly bills, cost acquired for legal fees, and finding a place to stay before the end of the month. Thank you in advance for your help and support to Deric Twitty at this important time.

Respectfully yours,

*Celestine Ward Twitty*
Celestine Ward Twitty